IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CITY OF PALM BEACH
GARDENS; FLORIDA
MUNICIPAL INSURANCE
TRUST AND FLORIDA
LEAGUE OF CITIES,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5539

 Appellants,

v.

MARK ZAKIAN,

 Appellee.

_____/

Opinion filed October 19, 2016.

An appeal from an order of the Judge of Compensation Claims.
Timothy M. Basquill, Judge.

Date of Accident: December 22, 2013.

David M. Schweiger and Damian H. Albert of Johnson, Anselmo, Murdoch, Burke,
Piper & Hochman, PA, Fort Lauderdale, for Appellants.

Kimberly A. Hill of Kimberly A. Hill, P.L., Fort Lauderdale, for Appellee.

PER CURIAM.

 In this workers' compensation case, we affirm without discussion the first two

points on appeal, and write only to reverse the wholly conceded third issue, which

asserts that the Judge of Compensation Claims erred in awarding "payment of medical bills attached to the petition for benefits . . . subject to the workers compensation fee schedule." Accordingly, that award is reversed.

AFFIRMED in part, and REVERSED in part.

LEWIS, BILBREY, and WINOKUR, JJ., CONCUR.